PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ANGELA THORNTON-MILLARD, IA 17922
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (816) 936-5079
        E-Mail: angela.thornton-millard@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LISA DEE LEACH, | Case No.: 2:24-cv-01380-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 16, 2024, up to and including October 16, 2024.  This is the Defendant's first request for an extension.

Defendant requests this extension in order to further consider the 2357-page administrative record in light of the four issues raised in Plaintiff's motion.  Defendant's counsel has five substantive pleadings due in court between September 12, 2024, and September 18, 2024, and needs additional time to confer with the client regarding issues raised in Plaintiff's motion for summary.

Stip. for Ext.; 2:24-cv-01380-AC                    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 16, 2024           /s/  Josephine M. Gerrard*
                                    (*as authorized via e-mail on Sept. 11, 2024)
                                    JOSEPHINE M. GERRARD
                                    Attorney for Plaintiff

Dated: September 16, 2024           PHILLIP A. TALBERT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Social Security Administration

                           By:      /s/ Angela Thornton-Millard
                                    ANGELA THORNTON-MILLARD
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 16, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: September 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE